UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Amy Daveler et al
    vs. Worley & Obetz, Inc. et al.
    Adv. Case No. 18-132

Date: June 29, 2018

To:

    Christopher Loizides, Esq.

## NOTICE OF INACCURATE FILING

Re:    Certificate of Service of the Summons

The above pleading was filed in this office on **June 28, 2018.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- (  ) Debtor's name does not match case number listed
- (  ) Debtor's name and/or case number (is) are missing
- (  ) Wrong PDF document attached
- (  ) PDF document not legible
- (  ) Notice of Motion/Objection
- (  ) Document must be re-filed to correct error.
- **( X ) Other - The Certificate of Service was blank. Please complete and send the corrected PDF file to the e-mail address listed below - please do not re-enter the entry.**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: /s Lisa Henry
Deputy Clerk