B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-13774 |
| | Chapter 13 |
| Worley & Obetz, Inc. | |
| Debtor | |
| Amy Daveler and Marco Perez on behalf of themselves and all other similarly situated | |
| Plaintiffs | Adversary No. 18-132 |
| v. | |
| Worley & Obetz, Inc., Amerigreen Energy, Inc., and Amerigreen Propane, LLC | |
| Defendants | |

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. Answer is due **July 8, 2018**

Address of Clerk

U.S. Bankruptcy Court
The Madison, 3rd Floor
400 Washington Street
Reading, PA 19601

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney

Christopher D. Loizides, Esq.
1225 King Street, Ste 800
Wilmington DE 19801
(302) 654-0248

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

FOR THE COURT

TIMOTHY B. MCGRATH.
CLERK

By: ___s/ Lisa Henry___
Date: June 8, 2018          Deputy Clerk

B2500A (Form 2500A) (12/15)

Bankruptcy No. 18-13774        Adversary No. 18-132

## CERTIFICATE OF SERVICE

I, Stephanie Quinonez _____ (name) certify that service of this summons and a copy of the complaint was made on June 14, 2018 _____ (date) by:

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

William J. Burnett
Flaster/Greenberg, P.C.
1835 Market St., Suite 1050
Philadelphia, PA 19103

Michael G. Menkowitz
Fox, Rothschild, LLP
2000 Market St., 10th Floor
Philadelphia, PA 19103

Dave P. Adams
United States Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows:[Describe briefly]

[ ] State Law:  The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

06/20/2018
Date                                                    Signature

Print Name          Stephanie Quinonez

Business Address    685 Third Avenue, 25th Floor

                    New York, NY 10017